FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2015 JAN 15 PM 1:59
...WELL
CLERK
BY_____ DEP. CLK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2014-cv-3143-MEH

---

JUAN DEMPERE, Ph.D., and
JEANNE Y. JAGOW, in her official capacity as Trustee of the Bankruptcy Estate of Juan M. Dempere,

Plaintiffs,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,

Defendant.

---

## MOTION TO CONTINUE SCHEDULING CONFERENCE

---

Comes now the Plaintiff, JUAN DEMPERE, appearing pro se, and moves to continue the Scheduling Conference presently set for January 20, 2015, and as grounds therefore would state as follows:

1. A scheduling conference is presently set for January 20, 2015 in this matter.
2. Defendant has not yet been served in this action. .
3. Plaintiff is presently in the midst of internal disciplinary proceedings which may significantly affect the posture of this litigation. Moreover, Plaintiff understands the EEOC intends to conclude its investigation soon into Plaintiff's presently pending second Charge of Discrimination. Plaintiff intends to amend his complaint to add any such claims from that Charge to this action.

4. Plaintiff intends serve Defendant, perhaps with an amended complaint depending on the EEOC's actions, on or before March 20, 2015. as required by Fed. R. Civ. P. 4(m).
5. Given the present posture of the case, a scheduling conference is premature at this time.
6. Plaintiff has consulted with bankruptcy trustee JAGOW, who does not oppose the relief sought herein.

**WHEREFORE**, Plaintiff JUAN DEMPERE respectfully prays for an order of this honorable Court continuing the Scheduling Conference to a reasonable date in the Spring of 2015 and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 15th day of January, 2015.

Juan M. Dempere

Juan M. Dempere, Plaintiff