IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03143-MEH

JUAN DEMPERE, PH.D., and
JEANNE Y. JAGOW, in her official capacity as Bankruptcy Estate trustee for Juan Dempere,

Plaintiffs,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 16, 2015**.

Plaintiff's Motion to Continue Scheduling Conference [filed January 15, 2015; docket #6] is **granted in part and denied in part**. On January 15, 2015, the Court converted the Scheduling Conference to a Status Conference. Now, given the information Plaintiff provided in the motion, the Court will **vacate and reschedule** the Status Conference currently set for January 20, 2015, to **February 9, 2015 at 9:45 a.m.** The conference will take place in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. The Plaintiffs shall be prepared to discuss the status of this case and their efforts to serve the Defendant in this matter.

In addition, if they have the Defendant's contact information, the Plaintiffs shall notify the Defendant of the date and time of the Status Conference.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).