IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03143-MEH

JUAN DEMPERE, PH.D., and
JEANNE Y. JAGOW, in her official capacity as Bankruptcy Estate trustee for Juan Dempere,

Plaintiffs,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,

Defendant.

---

**ORDER OF RECUSAL**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Pursuant to 28 U.S.C. §455(b)(5), a Magistrate Judge shall disqualify himself under the following circumstances:

> He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:
>
> . . .
>
> (ii) Is acting as a lawyer in the proceeding; . . .

My law clerk, who works closely with me on all cases assigned to this chambers, is the spouse of Todd J. McNamara of McNamara, Roseman & Kazmierski LLP. It has come to the Court's attention that Mr. McNamara is currently working with the Plaintiff, Juan Dempere, in informal proceedings with the Defendant. While Mr. McNamara does not represent, and has not represented, Mr. Dempere in the present action, in the interests of avoiding any appearance of impropriety (*see* 28 U.S.C. § 455(a)), I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Judge.

It is further ORDERED that the Scheduling Conference currently set for February 9, 2015

is **vacated**.

DATED at Denver, Colorado, this 26th day of January, 2015.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge