IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03143-KLM

JUAN DEMPERE, M.D., and
JEANNE Y. JAGOW, in her official capacity as Trustee of the bankruptcy estate of Juan M. Dempere,

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,

Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court sua sponte. On January 26, 2015, Judge Hegarty entered an Order of Recusal [#8][1] and this case was reassigned to Judge Mix [#9]. As a result, the Status Conference scheduled on February 9, 2015 at 9:45 a.m. before Judge Hegarty was automatically vacated. Accordingly,

IT IS HEREBY **ORDERED** that a Status Conference is **SET** on **February 17, 2015** at **10:00 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Both Plaintiffs shall appear in person. The purpose of the Status Conference will be for Plaintiffs to discuss the status of this case, their efforts to serve Defendant, and the status of Plaintiff Dempere's second Charge of Discrimination.

IT IS FURTHER **ORDERED** that if Plaintiffs have contact information for either a representative of or counsel for Defendant, they shall inform the representative or counsel of the date and time of the Status Conference.

Dated: January 29, 2015

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.