FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 FEB 12 AM 4:39

JEFFREY P. COLWELL
CLERK

BY_________DEP. CLK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2014-cv-3143 KLM

---

JUAN DEMPERE, Ph.D., and
JEANNE Y. JAGOW, in her official capacity as Trustee of the Bankruptcy Estate of Juan M. Dempere,

Plaintiffs,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,

Defendant.

---

**NOTICE OF DISMISSAL**

---

Come now the Plaintiffs, JUAN DEMPERE and JEANNE Y. JAGOW, in her official capacity as Trustee of the Bankruptcy Estate of Juan M. Dempere, and give notice pursuant to Fed. R. Civ. P. 41(1)(A)(i) that this action is voluntarily dismissed.

Respectfully submitted this 12 day of February, 2015.

Juan M. Dempere
Juan M. Dempere, Plaintiff

Jeanne Y. Jagow, Trustee